IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHANNON CLEMENTS, )<br>SKYE CLEMENTS, ALYSSIA PATTERSON, )<br>IBERIA PARISH SCHOOL BOARD and )<br>THE CITY OF LAUREL, MISSISSIPPI, )<br>individually and on behalf of all others )<br>similarly situated, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CVS HEALTH CORPORATION, *et al.*, )<br>)<br>Defendant. ) | No. 25-00126-CV-W-BP |

## JUDGMENT IN A CIVIL ACTION

   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the order entered January 20, 2026 (Doc. 155 ) the Motion to Dismiss (Doc. 100), is

**GRANTED**.


Dated: January 20, 2026                      /s/ Paige Wymore-Wynn
                                                                    Clerk of the Court


Entered: January 20, 2026                 /s/ Karri Sandusky
                                                                    Deputy Clerk